# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVALLARIN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN V. COLVIN, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CASE NO. 5:16-CV-00192-JAK (SK) <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: March 6, 2017

HON. JOHN A. KRONSTADT
U.S. DISTRICT JUDGE